IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSE RODNEY VIGIL also known as JOE VIGIL, individually and doing business as VIGIL MECHANICAL,<br><br>    Defendants.<br>                                                               / | No. C 07-01508 WHA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED INITIAL DEADLINES** |

    The case management conference, currently set for June 21, 2007, is **CONTINUED** to **JULY 12, 2007, AT 11:00 A.M.**

    **IT IS SO ORDERED.**

Dated: June 18, 2007.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE