```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　　Plaintiff, <br><br>vs. <br><br>JOSE RODNEY VIGIL also known as JOE VIGIL, individually and doing business as VIGIL MECHANICAL <br><br>　　　　　　Defendant. | NO. C 07 1508 WHA <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

　　　　IT IS ORDERED that the Case Management Conference in this case originally set for July 12, 2007 continued to ~~July 19, 2007~~ August 2, 2007 at 11:00 a.m. in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.  There will be no further continuances.

Dated: July 9, 2007.　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable William H. Alsup

*IT IS SO ORDERED* — Judge William Alsup [seal]

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE　　　　1