```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br> vs. <br><br> JOSE RODNEY VIGIL also known as JOSE VIGIL, individually and doing business as VIGIL MECHANICAL, <br><br> Defendant. | NO. C 07 1508 WHA (MEJ) <br><br> <u>ORDER OF EXAMINATION</u> |

To:  Jose Rodney Vigil, Judgment Debtor
     Vigil Mechanical
     2857 Sandy Hill Drive
     Brentwood, CA 94513

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>June 19, 2008</u> at <u>9:30</u> a.m. at <u>450 Golden Gate Avenue, San Francisco, CA , 94102 Conference Room B, 15th Floor,</u> before the Magistrate Judge Edward M. Chen then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. The corporation's bylaws, share register and minute book;

<u>ORDER OF EXAMINATION</u>                              1

1   2. Title documents to all equipment and vehicles of debtor;
2   3. All lists and schedules of rented, leased and owned
3   equipment of debtor;
4   4. Copies of all real property and personal property leases
5   wherein debtor is a party;
6   5. Copies of all tax bills, deeds, contracts, deeds of
7   trust or deposit receipts relating to all real and personal property
8   in which any interest is held;
9   6. Annual Financial Statements for the 2007 and 2008 and
10  all monthly financial statements for the same period;
11  7. Federal tax returns for the last three years;
12  8. All bank statements, deposit slips and canceled checks
13  for all accounts for 2007 and 2008;
14  9. The last tax return filed with the Franchise Tax Board;
15  10. Copies of all purchase orders, change orders accepted
16  bids, and contracts which relate in any way to work performed by
17  debtor during the period from November 1, 2007 to date;
18  11. All accounts receivable lists generated by the Company
19  from 2007 and 2008;
20  12. Cash Disbursement Journals for 2007 and 2008;
21  13. All documents related to any loans to debtor or by
22  debtor by any present or former shareholders, officers or employees
23  of debtor;
24  14. All documents related to any completed, pending or
25  failed sale of substantially all corporate assets during the last
26  three years.
27  15. All personal guarantees made by any officer, agent or
28  shareholder for the benefit of debtor.

ORDER OF EXAMINATION                    2

1  NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE
2 TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST
3 AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER
4 REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE
5 JUDGMENT CREDITOR IN THIS PROCEEDING.
6 Dated: May 9, 2008

7 _____
   Magistrate Judge Maria-Elena James

*IT IS SO ORDERED — Judge Maria-Elena James — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

ORDER OF EXAMINATION                     3